UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ANGEL NAVARRO

v.  CA 09-223 ML

ASHBEL T. WALL, et al.

## ORDER

This matter is before the Court on review of a Report and Recommendation issued by Magistrate Judge Hagopian on March 23, 2010. No objection was filed. I have reviewed the Report and Recommendation and adopt it in its entirety. Plaintiff's motion for voluntarily dismissal of Defendants Aldrich, Catlow, and Cabral (Docket #36) is hereby GRANTED.

SO ORDERED:

_____
Mary M. Lisi
Chief United States District Judge
April 12, 2010