UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ANGEL NAVARRO

v.                                                          CA 09-233 ML

ASHBEL T. WALL, et al.

MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Objection to a Report and Recommendation issued by Magistrate Judge Hagopian on March 22, 2011 (Docket #51). This Court has reviewed the Report and Recommendation and Plaintiff's Objection. Finding no merit in Plaintiff's Objections, the Court adopts the Report and Recommendation in its entirety. The Motion to Dismiss, the Motion for Summary Judgment, and Plaintiff's Motion to Dismiss are GRANTED. All claims are DISMISSED with prejudice.

SO ORDERED:

_____
Mary M. Lisi
Chief United States District Judge
April 28, 2011